IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARCHIE TOBIAS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION H-17-1757 |
| | § | |
| JENNIFER BROWN, et al., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on Nov. 6, 2019.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2017\17-1757.e01.wpd